UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MALACHI DEAVEN MARTINA-RACKS,

             Plaintiff,

    v.

COSTCO WHOLESALE CORPORATION, et al.,

             Defendants.

No. 2:26-cv-00750-DAD-AC

ORDER REMANDING ACTION TO THE SOLANO COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES

(Doc. Nos. 6, 15)

On March 26, 2026, the parties stipulated to the remand of this action to the Solano County Superior Court, where this action was originally filed. (Doc. No. 15.) Accordingly, pursuant to the parties' stipulation and good cause appearing, this action is REMANDED to the Solano County Superior Court. Defendants' pending motion to dismiss (Doc. No. 6) is DENIED as having been rendered moot in light of this order. The Clerk of the Court is directed to close this case.

    IT IS SO ORDERED.

Dated:  **April 7, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1